

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2015

No. 04-15-00466-CV

Felix **LUERA**, Jr. and Bianca Luera,
Appellants

v.

**BASIC ENERGY SERVICES, INC.**, Basic Energy Services, L.P., ARI Fleet Services, Inc.
D/B/A ARI Fleet LT and Servando Garcia,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-06-52391-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The trial court clerk has filed the clerk's record; however, the clerk's record is incomplete. Texas Rule of Appellate Procedure 34.5(a) lists the documents to be included in the clerk's record "[u]nless the parties designate the filings in the appellate record by agreement under Rule 34.2." TEX. R. APP. P. 34.5. In civil cases, the documents to be included are the following:

(1)     all pleadings on which the trial was held;[1]
(2)     the court's docket sheet,
(3)     the court's charge and the jury's verdict, or the court's findings of fact and conclusions of law;
(4)     the court's judgment or other order that is being appealed;
(5)     any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion;
(6)     the notice of appeal;
(7)     any formal bill of exception;
(8)     any request for a reporter's record, including any statement of points or issues under Texas Rule of Appellate Procedure 34.6(c);
(9)     any request for preparation of the clerk's record;

---

[1] This appeal appears to arise from a summary judgment proceeding as the notice of appeal states that appellants desire to appeal "from the Order Granting Defendants Basic Energy Services, Inc. and Basic Energy Services, L.P.'s Third Motion for Summary Judgment signed on November 5, 2014."

(10)     a certified bill of costs including the cost of preparing the clerk's record, showing credits for payments made; and

(11)     any filing that a party designates to have included in the record.

*See* TEX. R. APP. P. 34.5(a). The clerk's record filed does not comply with this rule. For example, the plaintiff's petition and the defendant's answer are not part of the clerk's record.

We, therefore, ORDER the trial court clerk to file on or before **September 14, 2015** a supplemental clerk's record complying with Rule 34.5(a).


_____
Karen Angelini, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court